IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK PUGH, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 19-00148-KD-B |
| MOBILE COUNTY METRO JAIL, | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 25, 2019 (Doc. 4) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's complaint be **dismissed with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 24th day of May 2019.

s/Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE